# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**TYRONE ELLIS**                                                                                                      **PLAINTIFF**
**ADC # 149250**

v.                  **CASE NO. 2:24-CV-00011-BSM-JTK**

**KENYON RANDLE,** *et al.*                                                                        **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 3] is adopted and Tyrone Ellis's complaint is dismissed without prejudice. The case may be reopened only if, within 15 days of the date of this order, Ellis files a motion to reopen the case and submits a payment of $405 to the clerk for the filing fee that clearly identifies the party names and case number.

IT IS SO ORDERED this 16th day of February, 2024.

                                                                                   _____
                                                                                UNITED STATES DISTRICT JUDGE