IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TYRONE ELLIS**                                                                               **PLAINTIFF**
**ADC # 149250**

v.                        **CASE NO. 2:24-CV-00011-BSM**

**KENYON RANDLE,** *et al.*                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE